KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendant*
*Four Seasons Hotels Limited*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA OLDS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHAEL SONNEN, an individual, FOUR SEASONS HOTELS LIMITED, a foreign corporation, DOE INDIVIDUALS I-V, inclusive and ROE ENTITIES VI-X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO:<br><br>**DEFENDANT FOUR SEASONS HOTELS LIMITED'S NOTICE OF REMOVAL** |

TO:     DEBRA KEMPI, Clerk, United States District Court for the District of Nevada

PLEASE TAKE NOTICE that Defendant FOUR SEASONS HOTELS LIMITED hereby removes to this Court the state court action entitled "JOSHUA OLDS, an individual, Plaintiff v. CHAEL SONNEN, an individual, FOUR SEASONS HOTELS LIMITED, a foreign corporation, DOE INDIVIDUALS I-V, inclusive, and ROE ENTITIES VI-X, inclusive, Defendants," Case No. A-22-862323-C filed in the Eighth Judicial District Court for Clark County, Nevada. A copy of the

15349.0001

Complaint is attached hereto as Exhibit A and the Amended Complaint is attached hereto as Exhibit B. The grounds for removal are:

1. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441(a)-(c), in that it is a civil action between Plaintiff, a citizen of Nevada, Defendants who are citizens of diverse residency, none of which reside in Nevada, and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, as set forth below.

2. Based upon information and belief, Plaintiff JOSHUA OLDS is a citizen of the State of Nevada. *See* Amended Complaint ¶ 1.

3. Based upon information and belief, Defendant CHAEL SONNEN is a citizen of the State of Oregon.

4. Defendant FOUR SEASONS HOTELS LIMITED is a Canadian corporation, with its principal place of business in Toronto, Canada.

5. The Defendants sued as DOE INDIVIDUALS I-V, inclusive and ROE ENTITIES VI-X, inclusive, are fictitious parties and not relevant to the determination of subject matter jurisdiction. *See* 28 U.S.C. § 1441(a) (stating "For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded").

6. Based upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. Plaintiff JOSHUA OLDS is alleging that he was "violently and offensively contacted" and was "severely injured about his face and person causing serious injuries." *See* Amended Complaint ¶ 8 and 9. Plaintiff further claims to have "suffered physical injuries which necessitated significant medical care and treatment" and "severe physical pain and suffering." *See* Amended Complaint ¶ 13 and 14. Plaintiff has alleged "severe, serious, and disabling personal injuries" and claims that he has suffered "severe pain, both physically and emotionally." *See*

15349.0001

Amended Complaint ¶ 61 and 62. Plaintiff seeks to recovery both compensatory and punitive damages. *See* Amended Complaint.

7. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a)-(b) and Local Rule 8-1. This action was originally filed in the Eighth Judicial District for the State of Nevada, Clark County.

8. This notice of removal is timely filed within thirty (30) days after receipt of the paper that makes this case removable as required by 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of the Summons and Complaint which was served upon Defendant Four Seasons Hotels Limited on January 19, 2023. Upon information and belief, Defendant Chael Sonnen has not been served with the Summons and Complaint.

9. Pursuant to 28 U.S.C. 1446(d), Defendant FOUR SEASONS HOTELS LIMITED has prepared and will file with the Clerk of the Eighth Judicial District Court a Notice of Removed Action.

DATED this 9th day of February 2023.

MESSNER REEVES LLP

KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendant*
*Four Seasons Hotels Limited*

15349.0001

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on the 9th day of February 2023, service of the above and foregoing **DEFENDANT FOUR SEASONS HOTELS LIMITED'S NOTICE OF REMOVAL** was made by electronically filing a true and correct copy of the same to each party addressed as follows:

Michael R. Dufour, Esq.
Nevada Bar No. 13480
info@dufourlawpc.com
**DUFOUR LAW, P.C.**
1810 East Sahara Ave., Suite 589
Las Vegas, NV 89104
Phone 702-483-8015
*Attorneys for Plaintiff*

        */s/ Veronica Pacheco*
        An employee of MESSNER REEVES LLP

15349.0001