Electronically Filed
12/8/2022 4:31 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
Michael R. Dufour
**DUFOUR LAW, P.C.**
Nevada Bar No.: 13480
1810 East Sahara Avenue, Suite 589
Las Vegas, NV 89104
Telephone: (702) 483-8015
Facsimile: (702) 825-0913
E-mail: info@dufourlawpc.com

Attorney for Plaintiff
JOSHUA OLDS, an individual

CASE NO: A-22-862323-C
Department 31

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| JOSHUA OLDS, an individual, | CASE NO. |
| Plaintiff, | DEPT. NO.: |
| vs. | **COMPLAINT** |
| CHAEL SONNEN, an individual, FOUR SEASONS HOTELS LIMITED, a foreign corporation, DOE INDIVIDUALS I-V, inclusive and ROE ENTITIES VI-X, inclusive, Defendants. | |

### <u>COMPLAINT</u>

COMES NOW Plaintiff, JOSHUA OLDS, an individual. by and through his attorney, Michael R. Dufour, Esq. of DUFOUR LAW, P.C., for causes of action against named Defendants, does hereby complain, allege and aver, as follows:

### <u>JURISDICTION AND VENUE</u>

1. Plaintiff, JOSHUA OLDS is, and was, at all times mentioned herein, a resident of the County of Clark, State of Nevada.

1

2. Upon information and belief, Defendant FOUR SEASONS HOTELS LIMITED is and at all times relevant herein was, a foreign corporation, qualified and doing business in the County of Clark, State of Nevada.

3. The events which arc the subject of this action took place in Clark County, Nevada.

4. That the true names and capacities , whether individual, corporate, associate or otherwise, of Defendant(s), DOES I - V and ROE CORPORATIONS VI - X, are unknown to Plaintiff, who therefore sues said Defendant(s) by such fictitious names; Plaintiff is informed and believes and thereupon alleges that each of the Defendant(s) designated herein as a Doe or Roe is responsible in some manner for the events and happenings referred to and caused damages to Plaintiff as alleged herein and that Plaintiff will seek leave of this Court to amend this complaint and insert the true names and capacities when the same have been ascertained and enjoin such Defendant(s) in this action.

## STATEMENT OF FACTS

5. On October 18, 2021, Plaintiff Joshua Olds was an employee of Four Seasons Hotels Limited, located at 5960 S. Las Vegas Blvd., Las Vegas, Clark County, Nevada.

6. Plaintiff was working in the maintenance department for the hotel owned and operated by Defendant Four Seasons Hotels Limited, a guest of said Defendant, UFC fighter Chael Sonnen, initiated a physical altercation with Plaintiff, wherein Plaintiff was punched in the jaw by said individual.

7. That this attack rendered Plaintiff in imminent fear for his health, safety and welfare.

8. That Plaintiff was in fact violently and offensively contacted by Chael Sonnen, a guest of Defendant.

9. Plaintiff Joshua Olds was severely injured about his face and person causing serious injuries.

10. Four Seasons Hotels Limited personnel made no attempts to prevent the situation at the time of the occurrence.

11. That Defendant Four Seasons Hotels Limited is and at all times relevant was responsible for maintaining the subject restaurant property in a safe environment for its employees.

12. As set forth above, Defendant Four Seasons Hotels Limited was negligent, careless, and reckless in failing to maintain a safe environment for its employees, specifically by failing to prevent its guest from attacking the Plaintiff.

13. As a result of the subject incident, Plaintiff has suffered physical injuries which necessitated significant medical care and treatment.

14. As a result of the incident, Plaintiff suffered severe physical pain and suffering.

## FIRST CAUSE OF ACTION
### (Assault)

15. The Plaintiff repeats and realleges all allegations contained in all previous paragraphs of this Complaint, as though set forth fully herein, and further alleges, as follows:

16. On October 18, 2021, Plaintiff Joshua Olds was an employee of Four Seasons Hotels Limited, located at 5960 S. Las Vegas Blvd., Las Vegas, Clark County, Nevada.

17. As Plaintiff was working as maintenance at the hotel owned and operated by Defendant Four Seasons Hotels Limited, a guest of said Defendant initiated a physical altercation with Plaintiff, wherein Plaintiff was punched in the jaw by Chael Sonnen.

18. That this attack rendered Plaintiff in imminent fear for his health, safety and welfare.

19. That Plaintiff was in fact violently and offensively contacted by the Defendant's guest, Chael Sonnen.

20. Plaintiff Joshua Olds was severely beaten about his face and person causing serious injuries.

21. That Defendant's guest, Chael Sonnen, acted with intent to cause the Plaintiff harmful or offensive contact, the result of which was the Plaintiff apprehending imminent contact.

22. That the foregoing constitutes assault of the Plaintiff by Defendant's guest, Chael Sonnen.

23. As a direct and proximate result, Plaintiff suffered and will continue to suffer severe, serious, and disabling personal injuries.

24. As a result of said injuries, Plaintiff has been required to engage the services of certain health care providers for her medical care, and that said injuries have caused Plaintiff to suffer severe pain, both physically and emotionally.

25. As a result of the foregoing, the Plaintiff has been damaged in an amount presently unknown and should be awarded the same.

26. Upon information and belief, the Defendant's acts, as complained of herein, were undertaken willfully, intentionally, maliciously and/or with reckless disregard for the rights of the Plaintiff, warranting an award of punitive damages, to be determined at the time of trial of this matter.

27. It has been necessary for the Plaintiff to retain the services of Dufour Law, P.C. to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

## SECOND CAUSE OF ACTION
### (Battery)

28. The Plaintiff repeats and realleges all allegations contained in all previous paragraphs of this Complaint, as though set forth fully herein, and further alleges, as follows:

29. On October 18, 2021, Plaintiff Joshua Olds was an employee of Four Seasons Hotels Limited, located at 5960 S. Las Vegas Blvd., Las Vegas, Clark County, Nevada.

30. As Plaintiff was working as maintenance at the hotel owned and operated by Defendant Four Seasons Hotels Limited, a guest of said Defendant initiated a physical altercation with Plaintiff, wherein Plaintiff was punched in the jaw by Chael Sonnen.

31. That this attack rendered Plaintiff in imminent fear for his health, safety and welfare.

32. That Plaintiff was in fact violently and offensively contacted by Defendant's guest Chael Sonnen.

33. Plaintiff Joshua Olds was severely beaten about his face and person causing serious injuries.

34. Defendant and Defendant's employee acted with intent to cause a harmful or offensive contact with the Plaintiff.

35. As fully described herein, a harmful contact with the Plaintiff by Defendant's guest Chael Sonnen directly resulted.

36. That the foregoing constitutes a battery of the Plaintiff by Defendant and Defendant's guest Chael Sonnen.

37. As a direct and proximate result, Plaintiff suffered and will continue to suffer severe, serious, and disabling personal injuries.

38. As a result of said injuries, Plaintiff has been required to engage the services of certain health care providers for his medical care, and that said injuries have caused Plaintiff to suffer severe pain, both physically and emotionally.

39. As a result of the foregoing, the Plaintiff has been damaged in an amount presently unknown and should be awarded the same.

40. Upon information and belief, the Defendant's acts, as complained of herein, were undertaken willfully, intentionally, maliciously and/or with reckless disregard for the rights of the Plaintiff, warranting an award of punitive damages, to be determined at the time of trial of this matter.

41. It has been necessary for the Plaintiff to retain the services of Dufour Law, P.C. to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

### THIRD CAUSE OF ACTION
**(Negligence-Premises Liability as to Defendant Four Seasons Hotels Limited)**

42. The Plaintiff repeats and realleges all allegations contained in all previous paragraphs of this Complaint, as though set forth fully herein, and further alleges, as follows:

43. On October 18, 2021, Plaintiff Joshua Olds was an employee of Four Seasons Hotels Limited, located at 5960 S. Las Vegas Blvd., Las Vegas, Clark County, Nevada.

44. As Plaintiff was working as maintenance at the hotel owned and operated by Defendant Four Seasons Hotels Limited, a guest of said Defendant initiated a physical altercation with Plaintiff, wherein Plaintiff was punched in the jaw by Chael Sonnen.

45. Plaintiff Joshua Olds was severely beaten about his face and person causing serious injuries.

46. Four Seasons Hotels Limited personnel made no attempts to prevent the situation at the time of the occurrence.

47. That the Defendant owed a duty to the Plaintiff to ensure that the subject property would be safe and secure, preventing injury to its employees.

48. The Defendant breached this duty by failing to safely and adequately maintain the subject property and specifically the acts and omissions of its guests.

49. This breach of duty constitutes negligence on the part of the Defendant.

50. As a direct and proximate result of the aforesaid negligence of the Defendant, Plaintiff suffered and will continue to suffer severe, serious, and disabling personal injuries.

51. As a result of said injuries. Plaintiff has been required to engage the services of certain health care providers for his medical care, and that said injuries have caused Plaintiff to suffer severe pain, both physically and emotionally.

52. As a result of the foregoing, the Plaintiff has been damaged in an amount presently unknown and should be awarded the same.

53. It has been necessary for the Plaintiff to retain the services of Dufour Law, P.C. to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

## FOURTH CAUSE OF ACTION
### (Negligent Hiring and Supervision as to Defendant Four Seasons Hotels Limited)

54. The Plaintiff repeats and realleges all allegations contained in all previous paragraphs of this Complaint, as though set forth fully herein, and further alleges, as follows:

55. On October 18, 2021, Plaintiff Joshua Olds was an employee of Four Seasons Hotels Limited, located at 5960 S. Las Vegas Blvd., Las Vegas, Clark County, Nevada.

56. As Plaintiff was working as maintenance at the hotel owned and operated by Defendant Four Seasons Hotels Limited, a guest of said Defendant initiated a physical altercation with Plaintiff, wherein Plaintiff was punched in the jaw by Chael Sonnen.

57. Plaintiff Joshua Olds was severely beaten about his face and person causing serious injuries.

58. Four Seasons Hotels Limited personnel made no attempts to prevent the situation at the time of the occurrence.

COMPLAINT

59. Defendant Four Seasons Hotels Limited, who was the employer of the Plaintiff at the time of the subject incident, had a duty to protect Plaintiff from harm resulting from its guest attacking an employee.

60. Defendant Four Seasons Hotels Limited breached that duty by hiring, retaining, failing to train, supervise, or discipline its employees, which resulted in the harm complained of herein.

61. As a direct and proximate result of the aforesaid negligence of Defendant Four Seasons Hotels Limited. Plaintiff suffered and will continue to suffer severe, serious, and disabling personal injuries.

62. As a result of said injuries, Plaintiff has been required to engage the services of certain health care providers for his medical care, and that said injuries have caused Plaintiff to suffer severe pain, both physically and emotionally.

63. As a result of the foregoing, the Plaintiff has been damaged in an amount presently unknown and should be awarded the same.

64. It has been necessary for the Plaintiff to retain the services of Dufour Law, P.C. to prosecute this action, and as such, a reasonable sum for attorney's fees and costs of suit should be awarded.

WHEREFORE, Plaintiff prays for relief against the named Defendants, and each of them, as follows:

1. For compensatory damages in an amount to be proven at trial;

2. For punitive damages in an amount to be fully ascertained at the time of trial of this action;

3. For costs and expenses of litigation;

4. For attorney's fees;

5. Pre- and post-judgment interest; and

6. For such other and further relief as this Court deems necessary and proper.

///

///

///

///

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Dated this **6th** day of December 2022.                    **DUFOUR LAW, P.C.**

*/s/ Michael R. Dufour*

_____

MICHAEL R. DUFOUR
Nevada Bar No. 13480
1810 East Sahara Avenue, Suite 589
Las Vegas, NV 89104
Attorney for Plaintiff

COMPLAINT