**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA OLDS, | Case No.: 2:23-cv-00212-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| FOUR SEASONS HOTELS LIMITED, et al., | [ECF Nos. 71, 75, 86, 94] |
| Defendants | |

On February 5, 2026, Magistrate Judge Weksler recommended that I grant defendant Chael Sonnen's fourth motion for sanctions, dismiss this action with prejudice, and dismiss the defendant's motion to strike and the plaintiff's countermotion for sanctions as moot. ECF No. 94. Plaintiff Joshua Olds did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 94) is accepted**, defendant Chael Sonnen's fourth motion for sanctions **(ECF No. 86) is GRANTED**, and plaintiff Joshua Olds' claims in this case against Chael Sonnen are dismissed with prejudice.

I FURTHER ORDER that defendant Chael Sonnen's motion to strike **(ECF No. 71)** and plaintiff Joshua Olds' countermotion for sanctions **(ECF No. 75) are DENIED as moot**.

I FURTHER ORDER the clerk of court to enter judgment in favor of defendants Chael Sonnen and Four Seasons Hotels Limited and against plaintiff Joshua Olds, and to close this case.

DATED this 23rd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE